IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE Nicole M. Bryant,<br>  Debtor, | ) ) ) ) ) | Case No. 04-24080<br><br>Chapter 13 |
| Nicole M. Bryant,<br>  Movant, | ) ) ) | |
| U.S. Trustee Office,<br>J. Armstrong Duffield,<br>  Respondents | ) ) ) ) ) | |

**MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CLAIMANT PURSUANT TO 28 U.S.C. SECTION 2041, et seq.**

NOW COMES Nicole M. Bryant ("Claimant"), by and through her counsel of record, Edward Van Stevenson, Jr. and Neighborhood Legal Services Association, to respectfully request of this Honorable Court the following:

  1. Claimant, the debtor in the above action, was due to receive distribution of funds from the trustee in the amount of $2,464.27.

  2. Claimant was not located by the trustee due to an error in the Claimant's mailing address, thus the funds where paid into the Court pursuant to 11 U.S.C. section 347.

  a. The trustee attempted to send a check to the following address: 2266 East Hills Drive, Pittsburgh, PA 15221.

  b. The correct address of the Claimant/Debtor is: 2234 Wilner Drive, Pittsburgh, PA 15221.

  3. Pursuant to 28 U.S.C. section 2041, et seq., the Claimant requests that the Court issue an order directing payment to the Claimant in the amount of $2,464.27.

4. Claimant additionally requests that this motion supersede all other motions for these funds, especially any filed by persons who are not the Claimant's attorney of record in this case.

WHEREFORE, Claimant requests that this Honorable Court issue an order directing payment of all funds held by the Court to such claimant.

Respectfully submitted,

Nicole M. Bryant, Claimant

By: Edward Van Stevenson, Jr.
/s/ Edward Van Stevenson, Jr.
Attorney for Claimant/Debtor
Pa. I.D. # 16421
Neighborhood Legal Services Association
Firm #213
928 Penn Avenue
Pittsburgh, PA 15222
(412)586-6156