IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| NICOLE M. BRYANT, | : | Case No. 04-24080/TPA |
| | : | Chapter 13 |
| *Debtor(s)* | : | Related to Document No. 86 |
| | | |
| NICOLE M. BRYANT, | : | |
| *Movant,* | : | |
| | | |
| Vs. | | |
| | | |
| UNCLAIMED FUNDS ACCOUNT, | : | |
| *Respondents.* | : | |

## ORDER DISMISSING PLEADING
## FOR NONCOMPLIANCE WITH LOCAL RULES

And Now, this ***8th*** day of ***February, 2010***, it is hereby **ORDERED** that the pleading entitled ***Application for Order Directing Payment of (Unclaimed) Funds to Creditor/Claimant Pursuant to 11 U.S.C. §347 and 28 U.S.C. §2041 ET. SEQ.,*** filed at Document No. 86, in the above-captioned case is **DISMISSED**, without prejudice, to refiling since the original filing party is not authorized to practice law in the Western District of Pennsylvania, as required by this Court's Local Rule *9010-1(B)* and applicable statutory law.

It Is **FURTHER ORDERED** the *Order Setting Hearing Dated January 25, 2010* is **VACATED**, and the hearing scheduled for March 10, 2010 is **CANCELLED**.

_____
Thomas P. Agresti, Chief Judge
United States Bankruptcy Court

Case Administrator to send a copy of this Order to:
    Debtor's Attorney
    Debtor
    Ronda Winnecour, Esq., Ch. 13 Trustee

    J. Armstrong Duffield - Atty in Fact
    American Property Locators, Inc.
    3855 South Blvd - Suite 200
    Edmond, OK 73013-5473