IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE Nicole M. Bryant, | ) | Case No. 04-24080 |
| Debtor, | ) | |
| | ) | Chapter 13 |
| Nicole M. Bryant, | ) | |
| Movant, | ) | Doc. # 96 and 114 |
| | ) | |
| U.S. Trustee Office, | ) | |
| J. Armstrong Duffield, | ) | |
| Respondents | ) | |
| | ) | |

NOTICE

PLEASE TAKE NOTICE that the hearing scheduled on July 14, 2010 before Judge
Agresti on the Motion for Unclaimed Funds is underlined cancelled..

Certificate of Service

I certify under penalty of perjury that I am and at all times hereinafter mentioned was,
more than 18 years of age and that on the below date I served a copy of the within Notice filed in
this proceeding by regular first class mail on the following:

Ronda J. Winnecour, USX Tower, Suite 3250, 600 Grant St., Pittsburgh, PA 15219

U.S. Trustee Office, Liberty Center, 1001 Liberty Ave., Suite 970, Pittsburgh, PA 15222

General Counsel, U.S. Attorney Office, 700 Grant St., Pittsburgh, PA 15219-1906

J.Armstrong Duffield, 3855 S. Blvd. S-200, Richmond, OK 73013

Executed on June 16, 2010            /s/ Edward Van Stevenson, Jr.
                                     Attorney for Movant
                                     Pa. I.D. #16421
                                     Neighborhood Legal Services Association
                                     Firm # 213
                                     928 Penn Avenue
                                     Pittsburgh, PA 15222-3799
                                     412.586.6156