IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| )<br>) | |
| IN RE Nicole M. Bryant,    ) | Case No. 04-24080-TPA |
| Debtor,    ) | |
| )<br>Nicole M. Bryant,    ) | Chapter 13 |
| Movant,    ) | Related to Doc. # 96 |
| )<br>U.S. Trustee Office,    ) | |
| J. Armstrong Duffield,    ) | |
| J. Winnecour, Chapter 13 Trustee,    ) | |
| U.S. Attorney General,    ) | |
| Respondents    ) | |
| )<br>) | |

**REQUEST TO RE-SCHEDULE MOTION HEARING**

NOW COMES Nicole M. Bryant ("Claimant"), by and through her counsel of record,
Edward Van Stevenson, Jr. and Neighborhood Legal Services Association, to respectfully
request that the hearing on the Motion for Order Directing Payment of Funds (Unclaimed Funds)
be re-scheduled..

Respectfully submitted,

By: Edward Van Stevenson, Jr.
/s/ Edward Van Stevenson, Jr.
Attorney for Claimant/Debtor
Pa. I.D. # 16421
Neighborhood Legal Services Association
Firm #213
928 Penn Avenue
Pittsburgh, PA 15222
(412)586-6156

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| IN RE Nicole M. Bryant, | ) | Case No. 04-24080-TPA |
| Debtor, | ) | |
| | ) | Chapter 13 |
| Nicole M. Bryant, | ) | |
| Movant, | ) | Related to Doc. # 96 |
| | ) | |
| U.S. Trustee Office, | ) | |
| J. Armstrong Duffield, | ) | |
| J. Winnecour, Chapter 13 Trustee, | ) | |
| U.S. Attorney General, | ) | |
| Respondents | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, certify, under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the below date I served a copy of the within Request to Reschedule filed in this proceeding by :

Regular First Class Mail on the following:

J. Armstrong Duffield
3855 S. Blvd. S-200
Richmond, OK 73013

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

U.S. Attorney Office, General Counsel
700 Grant Street, Suite 400
Pittsburgh, PA 15219-1906

Executed on 9-20-10

/s/ Edward Van Stevenson, Jr.
Attorney for Debtor/Movant
Neighborhood Legal Services Association
Firm # 213
928 Penn Avenue
Pittsburgh, PA 15222-3799
412.568.6156