IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE Nicole M. Bryant, | ) ) ) | Case No. 04-24080-TPA |
| Debtor, | ) | |
| | ) | Chapter 13 |
| Nicole M. Bryant, | ) | |
| Movant, | ) | Related to Doc. # 96 |
| | ) | |
| U.S. Trustee Office, | ) | |
| J. Armstrong Duffield, | ) | |
| J. Winnecour, Chapter 13 Trustee, | ) | |
| U.S. Attorney General, | ) | |
| Respondents | ) | |
| | ) | |
| | ) | |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 20____, upon consideration

of the foregoing motion to direct payment of funds to the claimant, Nicole M. Bryant, pursuant

to 28 U.S.C. section 2041, et seq., filed by her attorney of record, it is hereby ORDERED that

the debtor/movant is entitled to receive unclaimed funds in the amount of $2,464.27.

BY THE COURT:

_____ J.