IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE Nicole M. Bryant,<br>    Debtor,<br><br>Nicole M. Bryant,<br>    Movant,<br><br>U.S. Trustee Office,<br>J. Armstrong Duffield,<br>    Respondents. | Case No. 04-24080 TPA<br>Chapter 13<br><br>Related to Doc. No. 121 |

## ORDER OF COURT

AND NOW, this **3rd** day of **November, 2010,** upon consideration of the foregoing motion to direct payment of funds to the claimant, Nicole M. Bryant, pursuant to 28 U.S.C. section 2041, et seq., filed by her attorney of record, it is hereby ORDERED that the debtor/movant is entitled to receive unclaimed funds in the amount of $2,464.27.

BY THE COURT:



Case Administrator to mail to:
Debtor, Counsel for Debtor, Chapter 13 Trustee, Office of the U.S. Trustee and Albert Schollgert, Esq. - U.S. Attorneys Office